IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRANDON SMITH                                                                      PLAINTIFF

v.                              No. 3:21-cv-16-DPM

SMS GROUP INC.;  JOHN DOES;
SMS GROUP GMBH;  SMS USA LLC;
and SMS SIEMAG AG GERMANY                                        DEFENDANTS

## JUDGMENT

Smith's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2022